**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
SOUTHERN DISTRICT OF NEW YORK

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Jovi Enterprises, Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
13-4178394

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 504 Brook Avenue, Apt. 2B | |
| Bronx, NY 10455 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Bronx | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)** _____

**6. Type of debtor**  
☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

---

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 1

Debtor   Jovi Enterprises, Inc.  Case number (*if known*) _____
         Name

7. **Describe debtor's business**   A. *Check one:*
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☐ None of the above

   B. *Check all that apply*
   - ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
   - ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   - ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**   *Check one:*
   - ☐ Chapter 7
   - ☐ Chapter 9
   - ☒ Chapter 11. *Check **all** that apply*:
     - ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
     - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
     - ☐ A plan is being filed with this petition.
     - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
     - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
     - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   - ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.
   - ☐ No.
   - ☒ Yes.

   District: Southern District of New York    When: 1/13/20    Case number: 20-10068-mg
   District: _____    When: _____    Case number: _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    - ☒ No
    - ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor: _____   Relationship: _____
    District: _____   When: _____   Case number, if known: _____

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 2

Debtor __Jovi Enterprises, Inc._____   Case number (*if known*) _____
      Name

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☒ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>    What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>    Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>        Contact name _____<br>        Phone _____ |

**Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>☒ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☒ 1-49      ☐ 1,000-5,000      ☐ 25,001-50,000<br>☐ 50-99      ☐ 5001-10,000      ☐ 50,001-100,000<br>☐ 100-199      ☐ 10,001-25,000      ☐ More than 100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☒ $0 - $50,000      ☐ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000      ☒ $1,000,001 - $10 million      ☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion |

Debtor  Jovi Enterprises, Inc.  
      Name

Case number (*if known*) _____

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  July 29, 2024  
              MM / DD / YYYY

**X** /s/ Clara Correa                            Clara Correa  
    Signature of authorized representative of debtor         Printed name

Title   President

**18. Signature of attorney**

**X** /s/ Julio E. Portilla                      Date  July 29, 2024  
    Signature of attorney for debtor                              MM / DD / YYYY

Julio E. Portilla  
Printed name

Julio E. Portilla  
Firm name

380 Lexington Ave. 4th Floor  
New York, NY 10168  
Number, Street, City, State & ZIP Code

Contact phone  (212) 365-0292      Email address  jp@julioportillalaw.com

4498093 NY  
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Jovi Enterprises, Inc. |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF NEW YORK |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Capital One Bank<br>PO Box 30281<br>Salt Lake City, UT 84130 | | | | | | $13,000.00 |
| City of New York<br>Dept. of Housing & Prserv<br>New York, NY 10025 | | | Disputed | $492,241.75 | $0.00 | $492,241.75 |
| Consolidated Edison Company<br>4 Irving Place, 18th Floor<br>New York, NY 10003 | | | | | | $1,169.91 |
| Department of the Treasury<br>Internal Revenue Service<br>Centralized Insolvency Agency<br>PO Box 7346<br>Philadelphia, PA 19101 | | | | | | $600.00 |
| JP Morgan Chase<br>c/o Parker Ibrahim & Berg<br>270 Davidson Avenue<br>Somerset, NJ 08873 | | | | $929,160.24 | $0.00 | $929,160.24 |
| Martha Mendez<br>c/o Glenn H. Shore, Esq.<br>100 William Street, Ste. 1210<br>New York, NY 10038 | | | | | | $500,000.00 |
| NYC Fire Marshall<br>9 Metrotech Center<br>Brooklyn, NY 11201 | | | | | | $250,000.00 |

Debtor  Jovi Enterprises, Inc.  
      Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| NYC Water Board<br>Andrew Rettig<br>59-17 Junction Blvd., 13th Floor<br>Elmhurst, NY 11373 | | | | $10,000.00 | $0.00 | $10,000.00 |
| NYS Dept. of Tax and Finance<br>Bankruptcy Section<br>PO Box 5300<br>Albany, NY 12205 | | | | | | $814.96 |
| SG Greer Gates<br>503 140th Street<br>New York, NY 10031 | | | | | | $7,000.00 |

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### Southern District of New York

In re    Jovi Enterprises, Inc.  
　　　　　　　　　　　Debtor(s)

Case No.  
Chapter    11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ 15,000.00 |
   | Prior to the filing of this statement I have received | $ 5,000.00 |
   | Balance Due | $ 10,000.00 |

2. The source of the compensation paid to me was:

   ☒ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☒ Debtor    ☐ Other (specify):

4. ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| July 29, 2024 | /s/ Julio E. Portilla |
| Date | Julio E. Portilla |
| | *Signature of Attorney* |
| | Julio E. Portilla |
| | 380 Lexington Ave. 4th Floor |
| | New York, NY 10168 |
| | (212) 365-0292   Fax: (212) 365-4417 |
| | jp@julioportillalaw.com |
| | *Name of law firm* |

# United States Bankruptcy Court
## Southern District of New York

In re  Jovi Enterprises, Inc.  
Debtor(s)

Case No.  
Chapter  11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: July 29, 2024

/s/ Clara Correa  
Clara Correa/President  
Signer/Title

```
Capital One Bank
PO Box 30281
Salt Lake City, UT 84130


City of New York
Dept. of Housing & Prserv
New York, NY 10025


Consolidated Edison Company
4 Irving Place, 18th Floor
New York, NY 10003


Corporation Counsel City of New York
Bankruptcy Department
100 Church Street, #5-0223
New York, NY 10007


Department of the Treasury
Internal Revenue Service
Centralized Insolvency Agency   PO Box 73
Philadelphia, PA 19101


JP Morgan Chase
c/o Parker Ibrahim & Berg
270 Davidson Avenue
Somerset, NJ 08873


Martha Mendez
c/o Glenn H. Shore, Esq.
100 William Street, Ste. 1210
New York, NY 10038


NYC Department of Finance
66 John Street, #104
New York, NY 10038


NYC Fire Marshall
9 Metrotech Center
Brooklyn, NY 11201


NYC Water Board
Andrew Rettig
59-17 Junction Blvd., 13th Floor
Elmhurst, NY 11373


NYS Dept. of Tax and Finance
Bankruptcy Section   PO Box 5300
Albany, NY 12205


SG Greer Gates
503 140th Street
New York, NY 10031
```

# United States Bankruptcy Court
## Southern District of New York

In re: Jovi Enterprises, Inc.
Debtor(s)

Case No.
Chapter 11

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Jovi Enterprises, Inc.   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☐ None [*Check if applicable*]

July 29, 2024
Date

/s/ Julio E. Portilla
Julio E. Portilla
Signature of Attorney or Litigant
Counsel for   Jovi Enterprises, Inc.
Julio E. Portilla
380 Lexington Ave. 4th Floor
New York, NY 10168
(212) 365-0292  Fax:(212) 365-4417
jp@julioportillalaw.com