UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:                                          Chapter 11

JOVI ENTERPRISES, INC.,                         Case No.: 24-11306 (DSJ)

                            Debtor.
---------------------------------------------------------X

## ORDER CONVERTING CHAPTER 11 CASE
## TO CASE UNDER CHAPTER 7

Upon the motion (the "UST Motion") of William K. Harrington, the United States Trustee for Region 2 (the "UST") (Dkt. No. 8), for the entry of an order converting the chapter 11 case (the "Chapter 11 Case") of the above-captioned debtor and debtor in possession (the "Debtor") to one under chapter 7 of the Bankruptcy Code or, in the alternative, dismissing it; and the Court having held the hearing on the UST Motion on September 17, 2024 (the "Hearing"); and after hearing the parties whose appearances are reflected in the record of the Hearing; and upon the record of the Hearing; **and based upon the Court's oral ruling, incorporated herein**; and after due deliberation and sufficient cause appearing therefor, it is [**DSJ 9/24/2024**]

ORDERED, that the UST Motion is granted as set forth below; and it is further

ORDERED, that the Chapter 11 Case be, and the same hereby is, converted to a case under chapter 7 of the Bankruptcy Code, pursuant to 11 U.S.C. § 1112(b); and it is further

ORDERED, that the Debtor shall file a schedule of unpaid debts incurred after the commencement of the Chapter 11 Case within fifteen (15) days from the date of the entry of this Order.

Dated: New York, New York
       September 24, 2024

                                            *s/ David S. Jones*
                                      HONORABLE DAVID S. JONES
                                      UNITED STATES BANKRUPTCY JUDGE