**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Jovi Enterprises, Inc. | CASE NO.: 24–11306–dsj |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: 13–4178394 | CHAPTER: 7 |

## ORDER OF FINAL DECREE

The estate of the above named debtor has been fully administered.

IT IS ORDERED THAT:

Kenneth Silverman is discharged as trustee of the estate and the chapter 7 case of the above named debtor(s) is closed.

Dated: December 12, 2024

David S Jones, Bankruptcy Judge